Fill in this information to identify the case:

United States Bankruptcy Court for the:

NORTHERN District of TEXAS
(State)

Case number (if known): _____ Chapter ____



☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:

    ☒ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

    EXAMINATION MANAGEMENT SERVICES, INC

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

    EMSI

4. **Debtor's federal Employer Identification Number (EIN)**

    ☐ Unknown

    7 5 – 1 4 4 4 1 3 9
    EIN

5. **Debtor's address**

    **Principal place of business**

    3050 REGENT BLVD
    Number    Street

    SUITE 400

    IRVING          TX   75063
    City            State ZIP Code

    DALLAS
    County

    **Mailing address, if different**

    1999 BRYAN ST, SUITE 900
    Number    Street

    C/O C T CORPORATION SYSTEM
    P.O. Box

    DALLAS          TX   75201
    City            State ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____
    City            State ZIP Code

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 1

Debtor    **EXAMINATION MANAGEMENT SERVICES, INC**    Case number (if known) _____
                Name

**6. Debtor's website** (URL)    WWW.EMSINET.COM

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

**Part 3:    Report About the Case**

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☐ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor __EXAMINATION MANAGEMENT SERVICES INC__  Case number (if known) _____
       Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| JTD SERVICES INC | see attached | 40,633.30 |
| BISTATE PROFESSIONAL SERVICES INC | see attached | $ 41,741.44 |
| LYNN BLANK EXAM SERVICES | see attached | $ 36,201.64 |
| FIVE EIGHT EIGHT TWO INC | see attached | $ 13,601.75 |
| | Total of petitioners' claims | $132,178.13 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

SEE ATTACHED
_____
Name

_____
Number  Street

_____
City                State       ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City                State       ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor EXAMINATION MANAGEMENT SERVICES, INC  Case number (if known) _____

continuation (page 4)

**Name and mailing address of petitioner**

JTD SERVICES INC
Name

8713 Airport Freeway #318
Number   Street

Fort Worth          TX        76180
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jay Keyser
Name

104 W Carruth Lane
Number   Street

Double Oak          TX        75077
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2020
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Lynn Blank Exam Services
Name

8865 Commodity Cr #13-216
Number   Street

Orlando             FL        32819
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lynn Blank Exam Services
Name

8865 Commodity Cr #13-216
Number   Street

Orlando             FL        32819
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2020
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor **EXAMINATION MANGEMENT SERVICES INC**
Name
continuation (page 5)

Case number (if known) _____

### Name and mailing address of petitioner

**BISTATE PROFESSIONAL SERVICES INC**
Name

17838 Chesterfiled Airport Road
Number   Street

Chesterfield         MO        63005
City                 State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Iris L. Hardy
Name

17838 Chesterfield Airport Road
Number   Street

Chesterfield         MO        63005
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2020
            MM / DD / YYYY

X /s/ Iris L. Hardy
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---

### Name and mailing address of petitioner

**FIVE EIGHT EIGHT TWO, INC**
Name

8825 Perimeter Park Blvd #402
Number   Street

Jacksonville        FL         32216
City                State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Christine Ross
Name

4841 State Road 13
Number   Street

Saint Johns         FL         32259
City                State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2020
            MM / DD / YYYY

X /s/ Christine Z. Ross
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

ATTACHMENT TO INVOLUNTARY PETITION FILED AGAINST EXAMINATION MANAGEMENT SERVICES, INC.

1. The petitioners provide exam services to the insurance industry and submit the billing for these services through Examination Management Services, Inc. (EMSI). EMSI bills the insurance company and then pays the petitioners twice monthly for these services after keeping their percentage for collection and web services provided to the industry. Other lines of business include occupational health, drug collections, and clinicals. Petitioners agree to provide these services and EMSI agrees to take their percentage and then pay the petitioners for the services provided. Each petitioner acts as a separate independent contractor for these services by employing their own staff and providing their own materials and tools.

2. On July 1st, EMSI "missed" their first payment to the petitioners.

3. On July 3rd, an email was circulated among EMSI employees and contractors that announced that EMSI was closed effective immediately.

4. On July 15th, EMSI "missed" their second payment to the petitioners.

5. Amounts reflected on petition is reflective of these missed payments in addition to outstanding work that was in dispute.

6. Upon trying to obtain payment directly from the insurance carriers, it has been discovered that EMSI submitted all billing (completed by petitioners) through June 30, 2020 to the carriers for payment and carriers were contractually obligated to submit payment to EMSI. On August 3rd it was confirmed that MCA Financial Group (Dallas/Fort Worth, Texas, 214.452.8200) was actively pursuing collections on behalf of a "bank" creditor of EMSI.

7. As of the date of this filing, EMSI has not communicated directly with the petitioners to formulate a plan to pay for the services provided by the petitioners that EMSI has collected.

(Following is a screen shot of the EMSI web site announcing the closing and an email distributed to employees and contractors announcing the closing on a holiday).

*Attachment - Website Page.*



# EMSI Ceases Operations, Effective July 3, 2020

COVID-19 has disrupted families, communities, and businesses in our country and around the world. EMSI has become a casualty of these unprecedented times, as the pandemic has severely depressed service volumes. As a result, all company operations ceased on Friday, July 3, 2020.

We are thankful for all our customers and to EMSI staff and partners for their service to EMSI and its clients.

ATTACHMENT - EMAIL FROM EMSI

**imrjax@imrjax.com**

**From:** EXAM Jacksonville Metro 410 <jacksonville410.exam@emsinet.com>
**Sent:** Friday, July 3, 2020 5:11 PM
**To:** imrjax@imrjax.com
**Subject:** FW: EMSI Ceases Operations Immediately

**Christine Ross**
Branch Manager, Jacksonville Metro 410

A NETWORK SERVICE PROVIDER OF EMSI
8825 Perimeter Park Boulevard, Suite 402 | Jacksonville, Fl 32216
P: 904.733.2222 | C: 904.733.2222 | F: 833.258.4226
**Powerful Information. Improved Outcomes.**

**From:** Melissa Tillman
**Sent:** Friday, July 03, 2020 3:37 PM
**Subject:** EMSI Ceases Operations Immediately

Hello all,
First and foremost, I did not know anything about this until the information was passed to us today. I have enjoyed working with each of you. If you have seen this already, please see below communication:

**Melissa Tillman**
Regional Operations Manager – Southeast

To All EMSI Employees:

On behalf of the EMSI Board of directors, EMSI has ceased operations, effective immediately. Yesterday, Thursday July 2nd, was your last day of employment. If you are already working today, a company holiday, please stop working. If you are in an office, please go home immediately.

Final payroll amounts will be processed as soon as administratively possible. All employee benefits, as applicable will end as of the close of business today. No COBRA or employee benefit continuation will be available, due to the end of business operations. Should you have interest in personal insurance coverage you may contact an insurance broker at 877-249-6037 or via email at ChooseMylo.com/Dunning.

Information regarding collection of personal belongings at a later date will be forthcoming.

COVID-19 has disrupted families, communities and businesses in our country and around the world. EMSI has now become a casualty of these unprecedented times, as service volumes have not rebounded sufficiently for the company to meet its financial obligations. Thank you for your service to EMSI and its clients.

1

CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007
AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, JTD SERVICES, INC. respectfully represents that no corporation directly or indirectly owns 10% of more of any class of its equity interest.

Dated September 8, 2020

By: Jay Keyser
President
JTD SERVICES, INC

CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007
AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, LYNN BLANK/EXAM SERVICES, respectfully represents that no corporation directly or indirectly owns 10% of more of any class of its equity interest.

Dated September 8, 2020

*/s/ L. Blank*

By: Lynn Blank
President
LYNN BLANK/EXAM SERVICES

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure BISTATE PROFESSIONAL SERVICES, INC. respectfully represents that no corporation directly or indirectly owns 10% of more of any class of its equity interest.

Dated September 8, 2020

_____

By: Iris L. Hardy

President

BISTATE PROFESSIONAL SERVICES, INC.

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, FIVE EIGHT EIGHT TWO, INC. respectfully represents that no corporation directly or indirectly owns 10% of more of any class of its equity interest.

Dated September 8, 2020

*/s/ Christine Ross*
---------------------------------------------

By: Christine Ross
President
FIVE EIGHT EIGHT TWO, INC.



PAY EXACTLY THREE HUNDRED THIRTY-FIVE DOLLARS AND NO CENTS $335.00

PAY TO THE ORDER OF U.S. Bankruptcy Court for Northern District of Texas

19-176018504



MONEY ORDER RECEIPT - NON NEGOTIABLE



* 1917601 8504 *