

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 17, 2020

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Examination Management Services, Inc | § | CASE NO. 20-32367-SGJ-7 |
| | § | |
| Debtor. | § | |

### ORDER TO SHOW CAUSE WHETHER CASE SHOULD BE DISMISSED FOR FAILURE OF CORPORATE PETITONING CREDITORS TO APPEAR IN CASE THROUGH COUNSEL

The above-referenced involuntary case was filed against the above-referenced corporation on September 14, 2020. The Petitioning Creditors are all corporations or other forms of business entities and no licensed attorney has appeared for them. It is well established that a corporate entity may not appear in federal court actions (including bankruptcy cases) pro se under 28 U.S.C. §1654, *Rowland v. California Men's Colony*, 506 U.S. 194, 201-03 (1993) (citing cases dating from 1824 forward holding that a corporation may only be represented by licensed counsel), and Local Bankruptcy Rule 1002-2(a). Therefore, it is

**ORDERED** that the Petitioning Creditors, JTD Services Inc, Lynn Blank Exam Services, Bistate Professional Services Inc, and Five Eight Eight Two, Inc, shall retain counsel and such counsel must file a Notice of Appearance in this case on or before **September 28, 2020, at 2:30 p.m.,** or this involuntary case will be dismissed for their failure to appear and prosecute this case through counsel.

### END OF ORDER ###