**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:

EXAMINATION MANAGEMENT
SERIVCES, INC.,

              Debtor.

CASE NO. 20-32367-SGJ-7

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that JTD Services, Inc., Lynn Blank Exam Services, Bistate Professional Services, Inc., and Five Eight Eight Two, Inc., petitioning creditors in this involuntary bankruptcy case (collectively, the "Petitioning Creditors"), hereby request that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, now be given to and served upon:

Rosa R. Orenstein
Nathan M. Nichols
**Orenstein Law Group, P.C.**
1201 Elm St., Suite 4020
Dallas, Texas 75270
214-757-9101
972-764-8110 (fax)
rosa@orenstein-lg.com
nathan@orenstein-lg.com

This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral,

---

**NOTICE OF APPEARANCE - Page 1 of 2**

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail, or otherwise

that effect or seek to effect the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance,

pleading, claim, or suit shall waive any right of the Petitioning Creditors (1) to have final orders

in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in

any proceeding so triable in this case or any case, controversy, or proceeding related to this case,

(3) to have the District Court withdraw the reference in any matter to which the Petitioning

Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims,

actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

Date: September 25, 2020

ORENSTEIN LAW GROUP, P.C.

*/s/ Nathan M. Nichols*
Rosa R. Orenstein
State Bar No. 17153200
Nathan M. Nichols
State Bar No. 24060336
1201 Elm St., Suite 4020
Dallas, Texas 75270
214-757-9101
972-764-8110 (fax)

ATTORNEYS FOR
PETITIONING CREDITORS

### Certificate of Service

I hereby certify that the foregoing was served electronically via the Court's ECF noticing system to all parties entitled to receive such notice on September 25, 2020.

*/s/ Nathan N. Nichols*
Nathan N. Nichols

**NOTICE OF APPEARANCE - Page 2 of 2**