IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.    20-32367-SGJ-7 |
| EXAMINATION MANAGEMENT SERVICES, INC | § § | |
| | § | |
| Debtor | § | CHAPTER    7 |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR
COPIES OF ALL <u>NOTICES, PLEADINGS AND PAPERS</u>**

Waco Central Park, LTD, (hereinafter "CREDITOR"), Creditor and Party-In-Interest in the above referenced bankruptcy case, requests that all notices and pleadings given or required to be given or served upon them also be copied and served upon its attorneys of record at the following address:

J. David Dickson
Mark E. Firmin
BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC
220 South Fourth Street
Waco, Texas 76701
Phone (254) 776-5500
Fax (254) 776-3591
dickson@thetexasfirm.com
firmin@thetexasfirm.com

CREDITOR intends that neither this request, nor later appearance, pleading, claim or suit shall waive (a) the rights of CREDITOR to have final orders in non-core matters entered only after *de novo* review by a District Judge, (b) the rights of CREDITOR to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of CREDITOR to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which CREDITOR may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments, CREDITOR expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Amended Notice of Appearance and Request for Service of Papers shall not be deemed to constitute consent to electronic service of any pleadings or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure nor is it a designation of agency for service of process of pleadings necessary to obtain personal jurisdiction over CREDITOR or in any Contested Matters or Adversary Proceedings in this case.

Respectfully submitted:

*/s/ J. David Dickson*
J. David Dickson
Bar Card No. 05839500
Mark E. Firmin
Bar Card No. 24099614
BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC
220 South Fourth Street
Waco, Texas 76701
(254) 776-5500
(254) 776-3591 (fax)
Dickson@thetexasfirm.com
Firmin@thetexasfirm.com
Attorneys for Creditor

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the Creditor's Response was transmitted electronically or, to those not served electronically, by mailing the Notice of Appearance via first-class mail, postage prepaid to the following parties on this the 20th day of October 2020:

| | |
|---|---|
| Examination Management Services, Inc<br>1999 Bryan St.<br>Suite 900<br>Dallas, TX 75201 | Debtor |
| Examination Management Services, Inc.<br>1999 Bryan St.<br>Suite 900<br>Dallas, TX 75201 | PRO SE |
| JTD Services Inc.<br>8713 Airport Freeway #318<br>Fort Worth, TX 76180 | Petitioning Creditor |
| Lynn Blank Exam Services<br>8865 Commodity Cr #13-216<br>Orlando, FL 32819 | Petitioning Creditor |
| Bistate Professional Services Inc<br>Iris L. Hardy<br>17838 Chesterfield Airport Road<br>Chesterfield, MO 63005 | Petitioning Creditor |
| Five Eight Eight Two, Inc<br>8825 Perimeter Park Blvd #402<br>Jacksonville, FL 32216 | Petitioning Creditor |
| Nathan M. Nichols<br>Orenstein Law Group, P.C.<br>1201 Elm St<br>Site 4020<br>Dallas, TX 75270 | Attorney for Petitioning Creditors |
| U.S. Trustee<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202 | Trustee |

| | |
|---|---|
| Waco Central Park, LTD<br>500 N. Valley Mill Dr.<br>Waco, Texas 76710 | Creditor |
| J. David Dickson<br>Mark E. Firmin<br>220 South Fourth St.<br>Waco, Texas 76701 | Creditor's Attorney |

All creditors listed on
Debtors' matrix and who have filed Notice of Appearance

<i>/s/ J. David Dickson</i>