

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 27, 2020**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>EXAMINATION MANAGEMENT SERIVCES, INC.,<br><br>Debtor. | CASE NO. 20-32367-SGJ-7 |

## ORDER GRANTING MOTION TO DISMISS

ON THIS DATE, the Court considered the Motion to Dismiss filed by the Petitioning Creditors on October 23, 2020 ("Motion"). The Court, having considered the Motion, the evidence presented, and the argument of counsel, finds that the Motion is well taken and should be granted. It is therefore

ORDERED that the Motion is hereby granted; and it is further

ORDERED that the Case is hereby dismissed effective immediately.

### END OF ORDER ###